UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TERESA CONTRERAS,

    Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

Case No. 5:25-cv-02872-DOC-KES

AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, briefs, and other records on file herein (Dkt. 1, 6, 7, 9, 10), and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 12). Further, the Court has engaged in a de novo review of those portions of the R&R to which objections (Dkt.

13) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the R&R is accepted and approved, and Judgment shall be entered reversing the Commissioner's decision and remanding this matter for further proceedings consistent with the Court's order.

Date: June 18, 2026

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE